JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROOPTICS LLC.,<br><br>Defendant. | CASE NO. 8:18-cv-01404-JVS-ADS<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL<br><br>Hon. James V. Selna |

The Court, having considered the Joint Stipulation for Dismissal (the Stipulation") and good cause appearing thereof, **ORDERS AS FOLLOWS**:

1. The Stipulation is **GRANTED.**

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Retina Associates Medical Group, Inc. ("Plaintiff"), in its individual capacity against ProOptics LLC. ("Defendant").

3. The above-entitled action is hereby dismissed without prejudice as to all Class claims alleged against Defendant.

4. Each party shall bear their own attorney's fees, costs and expenses.

5. The Court will retain jurisdiction to enforce an agreement between the Parties

**It is so ORDERED.**

Dated: December 21, 2018  _____
Honorable James V. Selna
United States District Court Judge